UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | SA CV24-02318-MWC-KES | Date | March 7, 2025 |
|---|---|---|---|
| Title | Yemeni Delights, LLC v. Pannu Legacy Transport, LTD, et al. | | |

Present: The Honorable   MICHELLE W. COURT, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE JS-6**

  An Order to Show Cause re Dismissal for Lack of Prosecution for Failure to File Joint Rule 26(f) Report was issued by the Court on **February 28, 2025**, ordering Plaintiff either to: (i) respond in writing no later than **March 6, 2025** as to why the matter should not be dismissed for lack of prosecution for failure to file a Joint Rule 26(f) report. No response has been provided by Plaintiff. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.